Robert GARY, Plaintiff–Appellant,

v.

USAA LIFE INSURANCE COMPANY,
Defendant–Appellee.

No. 17–1094

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 11, 2017

Erik D. Frye, ERIK D. FRYE, P.A.,
Upper Marlboro, Maryland, for Appellant.
Gregory L. VanGeison, Megan J. McGinnis, ANDERSON, COE & KING, LLP,
Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and
DUNCAN, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert Gary appeals the district court's
order granting summary judgment to Defendant in this action seeking to recover on
a life insurance policy. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Gary v. USAA
Life Ins. Co.*, 229 F.Supp.3d 365 (D. Md.
2017). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before this court and argument would not aid
the decisional process.

*AFFIRMED*